IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JACK GREENE, | ) | No. C 05-1267 JSW (PR) |
| Plaintiff, | ) ) | ORDER OF DISMISSAL |
| v. | ) ) | |
| SAN FRANCISCO SHERIFF DEPT., ET AL., | ) ) ) | |
| Defendants. | ) | |

Plaintiff, formerly detained at the San Francisco County Jail, in San Bruno, California, filed this pro se civil rights complaint under 42 U.S.C. § 1983. On December 23, 2005, the Court issued an order directing Plaintiff to notify the Court of his intent to prosecute and denying Plaintiff's motion to proceed in forma pauperis. Thereafter, on January 9, 2006, the Court's order was returned with a notification from the facility that Petitioner was no longer detained there. More than 60 days have passed since the letter was returned from the facility. Accordingly, Plaintiff's complaint is hereby dismissed without prejudice for his failure to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and for failure to prosecute this matter pursuant to Fed. R. Civ. P. 41(b). *See Link v. Wabash R.R.*, 370 U.S. 626, 633 (1962); *McKeever v. Block*, 932 F.2d 795, 797 (9th Cir. 1991).

IT IS SO ORDERED.

DATED: April 20, 2006

_____
JEFFREY S. WHITE
United States District Judge